AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| NICOLET SEVERE-PUHL, | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:26-cv-00455-ACC-LHP |
| BARRY UNIVERSITY, INC., | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BARRY UNIVERSITY, INC.
c/o BARRY UNIVERSITY OFFICE OF
THE CORPORATE SECRETARY - REGISTERED AGENT
11300 NE SECOND AVE
LAVOIE HALL # 209
MIAMI, FL 33161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marie A. Mattox
> Marie A. Mattox, P.A.
> 203 North Gadsden Street
> Tallahassee, Florida 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

LisaSilvia

Date: February 27, 2026

*Signature of Clerk or Deputy Clerk*